IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **State of Texas**, et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>**United States Department of Health and Human Services**, et al.,<br><br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§   **Case No.** 7:23-cv-00022-DC<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF MAYO PHARMACY INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Mayo Pharmacy, Inc. states that it is a non-governmental corporation, and that there is no parent corporation nor any publicly held corporation owning 10% or more of its stock.

Respectfully submitted this 10th day of March, 2023.

                        By: /s/ Ryan L. Bangert

                            **Ryan L. Bangert**
                            TX Bar No. 24045446
                            **Alliance Defending Freedom**
                            Resaca Plaza
                            11701 FM 2244
                            Bee Cave, Texas 78738
                            Telephone: (571) 707-4655
                            Facsimile: (571) 707-4790
                            rbangert@ADFlegal.org

                            *Counsel for Plaintiff Mayo Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 10, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Western District of Texas by using the CM/ECF system. I certify that service on the following Defendants' Filing User will be accomplished through the NEF:

Liane Ngin Noble-AUSA
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
512-370-1252
Email: liane.noble@usdoj.gov
ATTORNEY TO BE NOTICED

> By: /s/ Ryan L. Bangert
> Ryan L. Bangert