UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al. § | |
| § | CIVIL NO: |
| vs. § | MO:23-CV-00022-DC |
| § | |
| XAVIER BECERRA, in his official capacity § | |
| as SECRETARY OF HEALTH AND § | |
| HUMAN SERVICES, et al. § | |

ORDER SETTING HEARING ON
DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Monday, June 12, 2023 at 01:30 PM**.

    IT IS SO ORDERED this 12th day of May, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE