UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, MAYO PHARMACY, INC.<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFIC | §<br>§<br>§   NO:  MO:23-CV-00022-DC<br>§<br>§ |

### ORDER SETTING MOTIONS HEARING - CROSS MOTIONS FOR SUMMARY JUDGMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTIONS HEARING - CROSS MOTIONS FOR SUMMARY JUDGMENT,** in the Courtroom 3, 200 E. Wall, Midland, TX , on **January 26, 2024 at 01:00 PM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 21st day of December, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE