IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **THE STATE OF TEXAS, MAYO PHARMACY, INC.,**<br>　　*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES; AND UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE FOR CIVIL RIGHTS,**<br>　　*Defendants*. | MO:23-CV-00022-DC |

# FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion (Doc. 69), Defendants' Motion Summary Judgment is granted. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Defendant's Motion for Summary Judgment be **GRANTED** and Plaintiffs' claims be **DISMISSED** without prejudice.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 8th day of April, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE